# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BUILDERS INSULATION OF TENNESSEE, LLC, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHERN ENERGY SOLUTIONS, )<br>THOMAS WALKER DAVIS, and TERI )<br>LEIGH DAVIS, )<br>)<br>Defendant. ) | No. 2:17-cv-02668-TLP-tmp |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Court issued a Report and Recommendation ("R&R") addressing the amended declaration in support of attorneys' fees submitted by counsel for Plaintiff, Builders Insulation of Tennessee, LLC ("Builders"). (ECF No. 208.) The Magistrate Court recommended that the Court award Builders $19,424.50 in attorneys' fees from the Defendants, Thomas Walker Davis and Teri Leigh Davis (collectively, "the Davises"). (*Id.*) This award reflects $2,482.00 in reductions for block billings and billing entries unrelated to the notice of noncompliance and the motion for sanctions, as well as $1,876.00 in reductions for post-ruling billing entries. (*Id.* at PageID 2823.) Neither party objected to the R&R and the time to do so has now passed.[1]

Under Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days of being served with a copy of the recommended disposition, a party may serve and file specific written objections to

---

[1] Objections to the R&R were due 14 days after entry of the R&R—June 16, 2020

the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Neither party objected to the R&R, and the time for filing objections has expired. *See* Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes.

Having reviewed the R&R, the Court finds no clear error and **ADOPTS** the R&R in its entirety and **AWARDS** Builders $19,424.50 in attorneys' fees from the Davises.

**SO ORDERED**, this 13th day of July, 2020.

        s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE